**UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

**RUDOLPH JOHNSON**                                          **CIVIL ACTION**

**versus**                                                              **NO. 14-0401**

**CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL                        SECTION: "A"(5)
SECURITY ADMINISTRATION**

## O R D E R

The Court, having considered the motion, the record, the applicable law, the Magistrate

Judge's Report and Recommendation, and the failure of the Plaintiff to file any objections to the

Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report

and Recommendation and adopts it as its opinion herein.

Accordingly, **IT IS ORDERED** that Defendant's motion to dismiss is granted and that

Plaintiff's suit is dismissed.

New Orleans, Louisiana, this 22nd day of August, 2014.

_____
United States District Judge